**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lee Fisher,<br><br>       Plaintiff,<br><br>    v.<br><br>Mohave County Sheriffs Office et al.,<br><br>       Defendants. | CV 08-8008-PCT-PGR (JRI)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties (Doc. 85),

IT IS HEREBY ORDERED dismissing the above-entitled matter with prejudice, each party to bear its own attorney's fees and costs.

DATED this 1st day of July, 2009.

_____
Paul G. Rosenblatt
United States District Judge